In the Matter of the Revocation of the Probate of the Last Will and Testament of ROBERT LINEY, Deceased.

(Argued February 4, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 2, 1891, which affirmed a decree of the surrogate of Monroe county revoking the probate of the will of Robert Liney, deceased.

*Cassius C. Davy* for appellants.

*John H. Hopkins* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.